CRIMINAL LAW (§ 1144*)—APPEAL—REVIEW—RECORD—PRESUMPTION.

The complaint and information being in proper form, it must be presumed, in the absence of bills of exception and a statement of facts, that the court submitted to the jury the law applicable to the case.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2767; Dec. Dig. § 1144.*]

Appeal from Brown County Court; A. M. Brumfield, Judge.

J. S. Palmer appeals from a conviction. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted under an information and complaint charging him with unlawfully carrying a pistol, and upon conviction his punishment was assessed at a fine of $100.

There are neither bills of exception nor statement of facts in the record. Attached to the record is a letter written by appellant, in which he makes statements that would enlist the sympathy of any one; but this court is bound by the rules of law, and we cannot intentionally ignore the provisions of the law in regard to appeals and the filing of a statement of facts. The complaint and information being in proper form,

we assume that the court submitted the law applicable to the case to the jury.

The judgment is affirmed.

---

CONTEE v. STATE.

(Court of Criminal Appeals of Texas. June 7, 1911.)

CRIMINAL LAW (§ 1144*)—APPEAL—REVIEW—RECORD—PRESUMPTION.

In the absence of bills of exception and a statement of facts, it will be presumed that the court, in submitting the offense to the jury, submitted the law, and all the law, applicable to the evidence.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 3032; Dec. Dig. § 1144.*]

Appeal from District Court, Bexar County; Edgar Dwyer, Judge.

N. C. Contee appeals from a conviction. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. The appellant was charged by indictment with the offense of burglary, the indictment containing four counts. The court submitted only the third count in his charge to the jury, and appellant was convicted, and his punishment assessed at two years' confinement in the penitentiary.

The motion for a new trial contains several grounds; but, the record containing neither bills of exception nor a statement of facts, they cannot be considered. The third count in the indictment charges the offense of burglary. This offense was submitted to the jury by the court in his charge, and we presume that the court submitted the law, and all the law, applicable to the evidence.

The judgment is affirmed.